IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01499-RPM

NICOLE AITKEN,

     Plaintiff,
v.

R&R AUTO SPA, LLC, and
MIKE'S AUTO SPA II, LLC,

     Defendants.

_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the scheduling/planning conference set before Magistrate Judge Michael J. Watanabe on July 28, 2014, is vacated.

DATED: July 15th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge