IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01499-RPM

NICOLE AITKEN,

     Plaintiff,

v.

R&R AUTO SPA, LLC, and
MIKE'S AUTO SPA II, LLC,

     Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice [17], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: September 18th, 2014

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____

                                         Richard P. Matsch, Senior Judge